265 F.2d 656
 GREATER HARTFORD FREE BRIDGE ASSOCIATION, Benjamin H.
Manheim, Individually, doing business as Lincoln
Auto Supply Co., Plaintiffs-Appellants,
v.
GREATER HARTFORD BRIDGE AUTHORITY, Defendant-Appellee.
 No. 262, Docket 25462.
 United States Court of Appeals Second Circuit.
 Argued Feb. 13, 1959.
Decided March 31, 1959.
 
 Leo Parskey, Hartford, Conn. (Parskey, Gross & Kline, Hartford, Conn., on the brief), for plaintiffs-appellants.
 John J. Kenny, Hartford, Conn, (F. Timothy McNamara, Hartford, Conn., on the brief), for defendant-appellee.
 Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion below. 172 F.Supp. 244. In addition, we note that Section 209.210, Title 33, Code of Federal Regulations prescribes in detail the administrative remedy available to appellants.